1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESSY WOOTTEN,                           No.  2:20-cv-0837-EFB P

12              Plaintiff,

13         v.                                  ORDER AND FINDINGS AND
                                               RECOMMENDATIONS
14    JARED D. LOZANO,

15              Defendant.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On April 27, 2020, the court found that plaintiff had failed to pay the $400 filing

19    fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the

20    affidavit and trust account statement required by 28 U.S.C. § 1915(a).  ECF No. 8.

21         Accordingly, the court directed the Clerk to send plaintiff another Application to Proceed

22    In Forma Pauperis and ordered plaintiff to submit the filing fee or the completed application

23    within thirty days.  *Id.*  The court also warned plaintiff that failure to do so would result in this

24    action being dismissed.  *Id.*  The time for acting has now passed and plaintiff has not submitted

25    the filing fee, a completed application for leave to proceed in forma pauperis or otherwise

26    responded to the court's order.[1]

27         [1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff
was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current
28    address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

1    Accordingly, it is ORDERED that the Clerk is directed to randomly assign a United States

2 District Judge to this case.

3    Further, it is RECOMMENDED that this action be dismissed without prejudice.

4    These findings and recommendations are submitted to the United States District Judge

5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6 after being served with these findings and recommendations, any party may file written

7 objections with the court and serve a copy on all parties.  Such a document should be captioned

8 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

9 objections shall be served and filed within fourteen days after service of the objections.  The

10 parties are advised that failure to file objections within the specified time may waive the right to

11 appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

12 *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

13 Dated:  June 12, 2020.

14

15    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28  the party is fully effective.

2